UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMIE L. JONES, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PAT GLEBE, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C10-340-RAJ <br><br> ORDER DISMISSING FEDERAL <br> HABEAS PETITION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss the petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the petitioner's objections, and the balance of the record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Respondent's motion to dismiss (Dkt. No. 9) is GRANTED.  Petitioner's federal habeas petition (Dkt. No. 4) is DISMISSED, with prejudice, under 28 U.S.C. § 2244(d).

(3)   In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all

ORDER DISMISSING FEDERAL
HABEAS PETITION

claims asserted by petitioner in his federal habeas petition.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 5th day of October, 2010.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION